433 F.2d 344
 75 L.R.R.M. (BNA) 2464, 64 Lab.Cas. P 11,232
 The A. MORESI CO., Ltd., Petitioner-Cross Respondent,
v.
The NATIONAL LABOR RELATIONS BOARD, Respondent-Cross Petitioner.
 No. 29214.
 United States Court of Appeals, Fifth Circuit.
 Oct. 21, 1970.
 
 Lawrence J. Molony, New Orleans, La., Paul G. Moresi, Jr., Abbeville, La., for petitioner.
 Marcel Mallet-Prevost, Charles N. Steele, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., Charles M. Paschal, Jr., New Orleans, La., for respondent.
 Petition for Review of an Order of the National Labor Relations Board.
 Application for Enforcement of an Order of the N.L.R.B. (Louisiana Case). Before BELL, THORNBERRY, and CLARK, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966